UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAXIO ALVAREZ, et al.,

    Plaintiffs,

v.

MCKESSON CORPORATION, et al.,

    Defendants.

Case No. 13-cv-03116-WHO   (WHO)

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: July 10, 2013



WILLIAM H. ORRICK
United States District Judge